JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, CONTRACT COMPLIANCE FUND, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION., <br>     Plaintiffs, <br> v. <br>ACS ENGINEERING INC., doing business as "ACS ELECTRICAL", a California corporation, <br>     Defendant. | Case No. 8:23-cv-01792-FWS-KES <br><br> Hon. Fred W. Slaughter <br><br> **JUDGMENT** |

1

**FINAL JUDGMENT**

After full consideration of the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law; consistent with the court's April 10, 2024, order entering default judgment, (Dkt. 21); and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, and Southern California IBEW-NECA Administrative Corporation shall recover from Defendant ACS Engineering Inc., a California corporation doing business as "ACS Electrical," the principal amount of $153,227.60, attorneys' fees of $16,709.66, and costs of $484.40, as well as post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE